IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN EISENHUTH, | No. 4:20-CV-02362 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ACPI WOOD PRODUCTS, LLC d/b/a CABINETWORKS GROUP, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 11th day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Doc. 8; Doc. 17) are **GRANTED**.

2. Plaintiff may file an amended complaint no later than August 25, 2021.  If no amended complaint is filed by that date, Plaintiff's claims against Lincoln Life Assurance Company of Boston and Local 2837 of United Brotherhood of Carpenters and Joiners of America will be summarily dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge