IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN EISENHUTH, | No. 4:20-CV-02362 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ACPI WOOD PRODUCTS, LLC d/b/a CABINETWORKS GROUP, | |
| Defendant. | |

# ORDER

### AUGUST 28, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Court declines to exercise supplemental jurisdiction over Count IV and it is therefore **DISMISSED** without prejudice.

2. Defendant ACPI Wood Products, LLC d/b/a/ Cabinetworks Group's Motion for Summary Judgment (Doc. 36) is **GRANTED** as to the remaining claims.

3. Final judgment is entered in favor of Defendant ACPI Wood Products, LLC d/b/a Cabinetworks Group and against Plaintiff Brian Eisenhuth as to Counts I, II, and III.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge